UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON R. R., an Individual,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO, Commissioner of Social Security,<br>Defendant. | Case No. 8:25-01245 RGK (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's opening brief (Dkt. No. 13), Defendant's response brief (Dkt. No. 15), Plaintiff's reply brief (Dkt. No. 20), and the Report and Recommendation of United State Magistrate Judge (Dkt. No. 22). No objections were filed, and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation (Dkt. No. 22) is accepted;

2. The decision of the Commissioner denying benefits is reversed and

remanded for further proceedings; and

3. Judgment is to be entered accordingly.

Dated: 9/29/2026

THE HONORABLE R. GARY KLAUSNER
United States District Judge